

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1  NINO TANZINI,

    Defendant.

Case: 2:14-cr-20382
Judge: Battani, Marianne O.
MJ: Whalen, R. Steven
Filed: 07-01-2014 At 04:30 PM
INDI USA v TANZINI (dat)

VIO:  18 U.S.C. § 22521(a)
        18 U.S.C. § 2252A(a)(5)(B)
        18 U.S.C. § 2422(b)

_____/

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

18 U.S.C. § 2251(a)
*Production of Child Pornography*

D-1  NINO TANZINI

On or about and between January 2012 through on or about May 2014, both dates being approximate and inclusive, within the Eastern District of Michigan and elsewhere, the defendant, NINO TANZINI, did knowingly employ, use, persuade, induce, entice and coerce any minor, specifically, MV-1, born in 1996, to engage in

sexually explicit conduct for the purpose of producing any visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2251(a).

## COUNT TWO

18 U.S.C. § 2251(a)
*Production of Child Pornography*

D-1    NINO TANZINI

On or about and between January 2012 through on or about May 2014, both dates being approximate and inclusive, within the Eastern District of Michigan and elsewhere, the defendant, NINO TANZINI, did knowingly employ, use, persuade, induce, entice and coerce any minor, specifically, MV-2, born in 1997, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2251(a).

## COUNT THREE

18 U.S.C. § 2252A(a)(5)(B)
*Possession of Child Pornography*

D-1   NINO TANZINI

On or about and between January 2012 through on or about May 2014, both dates being approximate and inclusive, within the Eastern District of Michigan and elsewhere, the defendant, NINO TANZINI, knowingly possessed images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), specifically, any visual depiction of sexually explicit conduct, where the production of such child pornography involved the use of a real minor engaged in sexually explicit conduct, including, but not limited to, the lascivious display of the genital or pubic area of any person, that had been produced using materials that had been mailed and shipped and transported in interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## **COUNT FOUR**

18 U.S.C. § 2422(b)
*Coercion and Enticement of a Minor*

D-1   NINO TANZINI

On or about and between January 2012 through on or about May 2014, both dates being approximate and inclusive, within the Eastern District of Michigan and elsewhere, the defendant, NINO TANZINI, did knowingly and unlawfully use any facility and means of interstate and foreign commerce to attempt to persuade, induce, entice, and coerce any individual who had not attained the age of 18 years, specifically MV-1, born in 1996, to engage in any sexual activity for which any person can be charged with a criminal offense, including Section 750.520(b) of the Code of Michigan (criminal sexual conduct in the first degree), or attempt to do so, in violation of Title 18, United States Code, Section 2422(b).

## **COUNT FIVE**

18 U.S.C. § 2422(b)
*Coercion and Enticement of a Minor*

D-1   NINO TANZINI

On or about and between January 2012 through on or about May 2014, both dates being approximate and inclusive, within in the Eastern District of Michigan and elsewhere, the defendant, NINO TANZINI, did knowingly and unlawfully use any facility and means of interstate and foreign commerce to attempt to persuade, induce, entice, and coerce any individual who had not attained the age of 18 years, specifically MV-2, born in 1997, to engage in any sexual activity for which any person can be charged with a criminal offense, including Section 750.520(b) of the Code of Michigan (criminal sexual conduct in the first degree), or attempt to do so, in violation of Title 18, United States Code, Section 2422(b).

## FORFEITURE ALLEGATIONS

18 U.S.C. §2253; 28 U.S.C. § 2461(c)
*Criminal Forfeiture*

The allegations contained in Counts One through Five of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253, and Title 28 United States Code, Section 2461(c).

Upon conviction of one or more of the offenses charged in Counts One through Five of the Indictment, defendant NINO TANZINI shall, pursuant to Title 18, United States Code, Section 2253, forfeit to the United States the following:

a) Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, or 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of these subsections;

b) Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

c) Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

If any of the property subject to forfeiture pursuant to Title 18, United States Code, Section 2253, and Title 28 United States Code, Section 2461(c), as a result of any act or omission of the defendant--

a) cannot be located upon the exercise of due diligence;

b) has been transferred to, sold to, or deposited with a third party;
c) has been placed beyond the jurisdiction of this Court;
d) has been substantially diminished in value; or
e) has been commingled with other property which cannot be divided without difficulty;

the United States of America intends to seek forfeiture of all other property of the defendant up to the value of forfeiture applicable in this case.

THIS IS A TRUE BILL.

s/ Grand Jury Foreperson
Grand Jury Foreperson


BARBARA L. MCQUADE
UNITED STATES ATTORNEY


s/ Kevin Mulcahy
KEVIN MULCAHY
Chief, General Crimes Unit
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, MI 48226-3220
Phone: 313-226-9713
E-Mail: kevin.mulcahy@usdoj.gov

s/ Margaret M. Smith
MARGARET M. SMITH
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, MI 48226-3220
Phone: 313-226-9135
E-Mail: margaret.smith@usdoj.gov

Dated: July 1, 2014

| United States District Court<br>Eastern District of Michigan | **Criminal Case C** | Case:2:14-cr-20382<br>Judge: Battani, Marianne O.<br>MJ: Whalen, R. Steven<br>Filed: 07-01-2014 At 04:30 PM<br>INDI USA v TANZINI (dat) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to (

## Reassignment/Recusal Information
This matter was opened in the USAO prior to August 15, 2008 [ ]

| **Companion Case Information** | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes ☒ No | AUSA's Initials: |

**Case Title:** USA v. D-1 NINO TANZINI

**County where offense occurred:** Oakland

**Check One:** ☒ Felony ☐ Misdemeanor ☐ Petty

____Indictment/____Information --- **no** prior complaint.
_✓_Indictment/____Information --- based upon prior complaint [Case number: ] 14-mj-30283
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____  **Judge:** _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

July 1, 2014
Date

Margaret M. Smith
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9135
Fax: 313-226-5892
E-Mail address: margaret.smith@usdoj.gov
Attorney Bar #: 71413

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

10/13/09